IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DIANE WOODS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 05-2308 Ma/An |
| ) | |
| SHELBY COUNTY, TENNESSEE, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER TO SHOW CAUSE

Before the court is defendant Mark Luttrell's April 29, 2005, "Motion to Dismiss or, in the Alternative, for Summary Judgment." Plaintiffs have not yet responded to the motion, and the time for response has passed. Plaintiffs are hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

So ordered this 1st day of June 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE





# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02308 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT