IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| DIANE WOODS, individually, and in her representative capacity as mother and administratrix of the estate of ANTONIO MILLER, deceased, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 05-2308 Ma/An |
| SHELBY COUNTY, TENNESSEE, et al., ) ) | |
| Defendants. ) | |

### ORDER DISMISSING DEFENDANT MARK LUTTRELL

Before the court is defendant Mark Luttrell's April 29, 2005, "Motion to Dismiss or, in the Alternative, for Summary Judgment." Plaintiff Diane Woods filed a response on June 10, 2005. In her response, Woods states that she "has no opposition to this Court finding that Defendant Mark Luttrell, Jr., as a matter of law, is not a proper party to this lawsuit...." (Def.'s Resp. at 2.) For good cause shown, Luttrell's motion to dismiss is GRANTED. Defendant Mark Luttrell is DISMISSED as a defendant in this case.

So ordered this 10th day of June 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02308 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT