IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 19 PM 3:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DIANNE WOODS, individually, and in her
representative capacity as mother and
administratrix of the estate of
ANTONIO MILLER, deceased,

    Plaintiff,

VS.

SHELBY COUNTY, TENNESSEE, et al.,

    Defendants.

NO. 05-2308 Ma\An
<u>JURY DEMANDED</u>

ORDER GRANTING MOTION OF DEFENDANTS SHELBY COUNTY,
ALEXANDER AND LITTLE FOR ENLARGEMENT IN WHICH TO FILE A
RESPONSIVE PLEADING AND/OR A MOTION

    Defendants Shelby County Tennessee, Anthony Alexander, and George M. Little, have moved, by and through counsel, to enlarge the time in which they may respond to the Complaint filed in this cause in order to comply with the Requirements of the Federal Rules of Civil Procedure. Counsel for the Plaintiff and the co-Defendants have been consulted and agree to extend the time in which to respond by two (2) weeks.

    It appearing to the Court that for good cause shown, the Motion of the Defendants should be granted and they should be granted an additional period of two (2) weeks from the date of the entry of this Order in which to file a responsive pleading and/or a motion in this cause.

    IT IS SO ORDERED.

*[signature]*
~~SAMUEL H. MAYS, JR.~~
United States ~~District Court Judge~~

DATE: *August 19, 2005*

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-24-05

(12)

Respectfully submitted,

*[signature]*

DEBRA L. FESSENDEN   # 011818
Assistant County Attorney
Attorney for Shelby County
160 N. Main Street, Suite 660
Memphis, TN 38103
901.545.2139

## CERTIFICATE OF SERVICE

I, Debra L. Fessenden, do hereby certify that a copy of the foregoing was mailed to Mr. Jeffrey S. Rosenblum and Mr. Marc E. Reisman, Attorneys at Law, 80 Monroe Avenue, Suite 950, Memphis, TN 38103; Ms. M. Dell Stiner, Attorney at Law, 147 Jefferson, Suite 1205, Memphis, TN 38103; and to Mr. Jerry Potter and Ms. Kay Anderson, Attorneys at Law, via U.S. First Class Mail, postage prepaid, on this 18 day of August, 2005.

*[signature]*

DEBRA L. FESSENDEN   #011818

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02308 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Katherine M. Anderson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT